You may proceed for the appellate. Please, the court has reserved 7 minutes for rebuttal. I will see to it that you are still able to talk at all by the time we get to the appellate.       Thank you. Thank you. Thank you. Thank you. Thank you. You may proceed for the appellate. Please, the court has reserved 7 minutes for rebuttal. Let's go ahead and begin. Thank you.    Thank you. Thank you. Thank you. Thank you. Thank you. And thank you. And you may proceed for the appellate. As to Jane Doe 2, the court is correct. As to Jane Doe 5, she had the issue that she thought she was 17 years old. The second case involves more defendants who were more directly involved with Jane Doe 5. And there are some defendants who were involved with Jane Doe 5. The majority of the defendants in the second case would be Jane Doe 2. But there's another Jane Doe who was definitely 18 at the time of the events. So, in the case of Cumming, there is a victim who, if the United States concedes, was 18 at the time of the events, that referred to her. The next issue has not been addressed by any courts. As far as the United States can find us, what constitutes a venture? And what let go of the proof that the United States could establish as a venture? The United States asserts that proof of their association through criminal acts could be established. In the lower court of the original trial, the United States had even more of that, where they were seen together by the police but not committed any crimes or anything like that. To establish the association for a venture, it's defined by the statute as an association of two or more persons. The venture has to benefit financially through, at some point, through sex trafficking. But it's not limited to the venture benefiting totally financially from sex trafficking. The district court wrote that only evidence of sex trafficking could be introduced for the purposes of proving the venture. The United States asserts that other evidence of a venture could be established. There's an example. It's a civil case I found. It was a 2014 civil case in which a similar argument is being made. There's a lawsuit against a Haiti school. It's called PPT as the school might not get the court assignment. And in that case, it was a legitimate boys' school in Haiti, is the allegation. But within operating that school, some of the boys were sex trafficked, is the allegations. They brought the lawsuit under 18 U.S.C. 1591A2, arguing that PPT was a venture. It was a legitimate school. It doesn't appear from the district judge's opinions, it's still in the district court, that it was anything other than a legitimate school, but it engaged in this activity also at some point. Individuals involved with the school. You would still have to have knowledge of the sex trafficking. The United States asserts to be found guilty or to be willfully blind to the activity. It seems to me that part of the judge's ruling was in reaction to the case that you identified. So, unlike the situation where you're coming in, the court hasn't heard any evidence, you've got a motion limiting, it would seem that that would be a pretty drastic ruling in the beginning of the case to say, no, you can't introduce anything that isn't directly related to sex trafficking. But here we have context where the judge has sat through a trial and has heard a lot of evidence that it's not just that it doesn't have to do with sex trafficking, it's just so far afield, that the judge is basically saying, you're not going to do that again in the second trial. So, my direct question is, what evidence did you introduce in the first trial that you feel that you're not going to be able to introduce in the second trial that you should be able to introduce? Your Honor, in the first trial, the United States, the evidence that the court excluded was just proof. That officer pulled over to get into a crowded thing, but the individuals engaged in this activity were pulled over together. They were together to prove an association that they associated with each other. It was just the spot. No evidence of a crime was submitted. And the district court wrote that that was inadmissible. The United States has served to show that they're together to show an association. You should have established in the first trial how you were going to establish participation in a bed shift. How were you going to attempt it? There was no offer of proof. How do you intend to establish participation in a bed shift? Your Honor, I submit, actually, there was proof. We had the officers testify about the stops. And then the court told the jury to disregard the test I had gone through. I think it was two or three of those stops. Then the district court instructed the jury to disregard it. More than just the mere fact that they were together in a car, being stopped, to show some participation in perhaps different ongoing criminal activities amongst the different defendants? We had submitted pre-trial that the evidence of the credit card fraud, the stealing of vehicles, and other allegations in the indictment should be allowed. Initially, the district court severed out the cases, severed all those counts separate from just Counts 1 and 2, and the substantive count, and the sex trafficking, which was Count 1 and 2. So, the United States at the trial, pre-trial, had asked the district court to clarify whether or not the United States was excluding that proof of the credit card fraud, stealing of vehicles. And the district court said it wasn't going to exclude, it wasn't excluding any proof at that time. When we got into trial, we just got to the point of, that they were being stopped together. And the district court ruled that only evidence of sex trafficking is allowed to prove a picture. They were stopped, but she wasn't in the car, right? Did that work? He allowed them to stop where she was in a vehicle, yes ma'am. And then the other stops were where she was in the car, but to prove the association. Why did that matter? They know each other. I mean, nothing, there's no evidence, I mean, they weren't claiming that they didn't know each other, so they weren't a part of it. Which evidence does it matter? The, well, the United States doesn't know what the defendants will ultimately claim. The case in chief, the United States admits that it should be allowed to have this proof of additional activity of the individuals to prove the venture. The venture could be a criminal organization engaged in multiple acts. But trading a credit card together is not a venture. The, to establish an association, the United States admits that it's probably a proof to establish an association. The United States did, well, didn't attempt to put on a credit card for a proof at the time because it was, the United States was confused as to what the district court was actually going to do. So, in limiting the proof just without even getting into practice, there's no prejudice, the severance was based on prejudice, it would be prejudicial in relation to that. So, if you eliminate the theoretical prejudice of the additional crimes, which the United States says would be proof of a venture, it's a venture, it's an act, it's a gang. I mean, the district court's ruling that it has to be associated with a gang. It's hard for people to eliminate the evidence of the gang itself. Okay, so there are people that were in the car. I want to make sure I understand. That were in the car at another time where JV1 was not around, and did JV1 ever testify regarding these people that they were involved with her? JV2 testified, that's right, JV1 did not testify. And she had testified about them dealing with her. These defendants? Yes, ma'am. Okay. So, why would you need testimony that on another day the defendants were seen together? It corroborates JV1's and JV2's testimony that they operated together. Otherwise, you have a witness. There were some other witnesses who thought that they knew them, and that they'd seen flash gang signs and things like that, and had talked to them about this. In fact, the Luna occupant did her involvement as an example. And they talked about it. But it goes to establishing and corroborating with the witnesses, even saying that these people operate together, that they're together, that they know each other, that they actually are together. That's not the theory of the actual crimes. Because your theory is that you have a gang, and the gang does a bunch of activity together, frank or other things, and whatever a member of that gang does, criminally, they're all responsible, without any showing that they participate. Is the court asking without showing they participate in the sex trafficking? Yes. You know, if that's not an argument in your honor, respectfully, they would still have to have knowledge of the criminal activity of the sex trafficking, or be willfully blind, involved in a way of someone who's willfully blind. You're saying that if you're a member of a gang, and you know that one of your gang members is committing another crime, and you have nothing to do with it, and you're not helping, and the gang isn't helping, it's just, you know, four of the 50 gang members decide they're going to go and do something, and you happen to know about it, you're criminally responsible when it's not part of the gang's objective or anything? If it was not part of the gang's objective, if it was not part of the venture's objective, no. But if, for example, if four people had a group and said, okay, you're going to be in charge of sex trafficking, and we're all going to be critical and follow over here, you're going to be in charge of sex trafficking. How do you have sex trafficking against one person? I'm sorry? You have one person. How is that sex trafficking? I mean, I understand that it could be a violation of that act, but what makes it sex, what makes it the gang's enterprise to engage in sex trafficking when what you're talking about is one person? Well, we respectfully submit that it was two people at that regional trial. How many victims? Did JP5 ever meet any of these people? Yes. But Mohamed Omar, who fit a total of four in the case, was a person who had sex trafficked. I haven't been able to enforce violence as usual. I think it's too much proof about that. But so Mohamed Omar, who also was dealing with JP5, too. I know, but did any, did, I don't know the name of it. Yassine Youssef? Is it Farah? Yassine Youssef, Idris Farah, and Andrew Hatch. Did they have any contact with JP5? Yeah, Yassine. I don't even think that my friends were the same. Farah did have any contact with JP5. And JP2, when they were pulled over with JP2, it was Mohamed Omar that walked into the vehicle that let her go with him to interact with JP2. So those three defendants had contact with JP5. That is correct. Your voice will be relieved to know that your red light is on. Yes, ma'am. Thank you. I apologize. No problem. It's necessary. Obviously, beyond your control. May it please the Court, I am David Cooper of the National Bar. And I represent, in this lawsuit, Mustafa Mohamed. I'm here on his behalf along with the other remaining defendants in this, what I call the second part of the sex trafficking case. I'm prepared to talk about the 1591 and whether or not it applies to adult victims. I know the Court sort of stopped short on that during Mr. Benson's presentation. But that was kind of how this appeal started. Well, do you contend that it doesn't? Yes, Your Honor. I contend that this statute is so awkwardly written, and I use that word based out of a case that was submitted, that it literally is confusing and does not apply to an adult victim. It seems to apply to two groups of individuals, to children 14 and under and to children 14 and 18. That is the government's position that there is a third category. If forced fraud or coercion is used, then it applies to adult victims. And what I would suggest to the Court is that if you look under 1591A, that talks about that. But then it's also got a punishment section of this statute, which is in subsection B. And that is where this really gets confusing, because in subsection B it says the punishment for offense under subsection A is, subsection 1, if the offense was effected by means of force, means of force, threats of force, fraud, or coercion. And then it goes on to categorize this, talking about a child under 14 and a child between 14 and 18. And what I would suggest to the Court as a fair reading of this statute is when it's talking about force, fraud, or coercion, that that's talking about in the category of a child between 14 and 18 years old, because that jumps the punishment up to 15 years. Now, if this statute was more clear, and what I would suggest that this statute read something to this effect, if the offense was effected against a person by means of force, threats of force, etc., then I think in that scenario, yes, I think at that point you would perhaps have three categories. In other words, a category for punishment of adult victims, children under 14, 14 to 18. That's the way this statute, again, awkwardly written, as stated by another court. Now, we suggested in our brief that if this is an ambiguous type of statute, use the rule of leniency, give us the benefit of the break, the benefit of the doubt that just does not apply to adult victims. This is particularly important in my case, because my case is solely an adult victim. That's the one remaining that Mr. Muhammad's case is dealing with, an adult victim. Now... Do you have anything that supports your argument? What are the orders? The Daniels case, out of the Sixth Circuit, is a case that, while it's not on the point, I think is a type of case that I think... And I'll get to it here in just a roundabout way. The Daniels case is cited at 653 Bedford 399. It's a Sixth Circuit case, 2011. Daniels was a case, I think, out of your city of Detroit, or at least out of Michigan, where Mr. Daniels was... He had a prostitution ring. He was indicted for sex trafficking and a whole host of other crimes. In the opinion, it talks about two adult victims. There was also three or four child victims. He was convicted of all counts. The opinion, if you read it, it just simply mentions the adult victims. The appeal was about sex trafficking and the child victims. And I got to thinking, what about the adult victims? The opinion doesn't mention it. And sort of looking at the back story on this, and I went and pulled the indictment. And the indictment in the Daniels case, and this is Dockett Injury Number 12 that I pulled, the two adult victims were charged in Count 5, or excuse me, in Count 6 and 7, with the violation of 18 U.S.C. 2421, which is familiar to us as the Mann Act. And so the government in the Daniels case portioned it out. The four child victims were charged under 1591, sex trafficking of children. The two adult victims in the Daniels case were charged under the Mann Act. And they were found guilty, and the defense did not appeal that, and that's why it's not in the case. But if you look at the indictment, it's parceled out that way. And I think that's what has to happen in this case, that I would suggest the government has a remedy here, and it's simply using 18 U.S.C. 2421 or 2422, which is a part of it that talks about coercion or enticement, which heightens the punishment if coercion is used. And, of course, coercion is used in both 2422 and under 1591. So I'm trying to point out that while I think 1591 does not apply in this case, the government did have, and maybe still does, I'm not sure, a remedy under the Mann Act. Now, Your Honors, having said all of that, this part of the appeal may be much ado about nothing, and here's why. Judge Haynes, when he made this bench ruling during the board-hour process that 1591 was not going to apply to adult victims, that he really felt like that the language was such that it only applied to child sex trafficking, child sex trafficking victims, and that really didn't affect, I don't believe, any of the defendants at that first trial. It was all basically dealing with Jane Doe, too. She was under 18. It was a big question about her exact age, but you can understand where I'm coming from. And so after the trial, after the verdict, Mr. Muhammad's previous attorney, a gentleman named McClay Wicker in Knoxville, files a motion to dismiss the indictment against Mr. Muhammad because, again, he's got an adult victim, and he's relying upon Judge Haynes' kind of bench ruling during the first trial. And he filed a motion to dismiss. It's docket entry number 2604. Judge Haynes, on October 23, 2012, at docket entry number 2897, this is in the government's brief, orders the motion is denied. It cites United States v. Todd, which is out of the Ninth Circuit, affirming convictions under 18 U.S.C. section 19 of 1591 where victims' ages were 18 or older. So I've made this argument, and I still contend that 1591 does not apply to adult victims. But as I stand here right now, it looks like Judge Haynes has kind of changed his mind, so to speak, and that's kind of where we are with this, so. Venturing. The government wants to kind of throw the kitchen sink at the defense in this case. They want to use other burglaries, property damage, traffic violations, attempted burglary, et cetera, et cetera. And— Can I interrupt you on that? Yes, sir. I just want to ask a question. But as I understand it, this court judged in you, you believe that venture is limited only to crimes involving sex trafficking. Not really. Not really. And I'll try to say it this way. So you would agree that it's more expansive than just limiting to crimes involving sex trafficking? Right. I think— And I'll just use this example. We were talking about the guys standing around the street corner, three or four guys. If they're standing around waiting for one of the J.D. whatevers to come out of, say, a prostitution event, then maybe they could get that in. Or if the robbery, for example, is somehow to further the sex trafficking or the commercial sex act. Or if they're burglarizing some homes to try to get gas money to drive to Nashville. Or any other kinds of examples or scenarios where you can say this other crime is somehow in furtherance of this venture, then perhaps. But it's simply—it's not just an association. It's an association in fact. I mean, that's what the statute says. 1591 says it's an association in fact. So what's the fact? And it goes back up to 1591A, which is talking about sex trafficking. So there's got to be a limit to it. If not, as Judge Haines said, I'm going to have 40 witnesses coming in here testifying about 40 different things. Maybe some of them are related. Maybe some of them are not. Then you get into a 404B situation where, you know, you've got to have some of those factors. And, you know, maybe the government can show it. Maybe they can't. But we're talking about in the government's case in chief. So it seems a bit piling on to just bring all of this stuff in and just dump it. And you say, well, maybe a limiting instruction might take care of it. But now you're down to 30 or 40 limiting instructions. And so with relevancy in it and things like that, it just seems that, and I would respectfully say, that there's got to be some limits to that. And the limits are having in furtherance of the sex trafficking or the Commercial Sex Act. That's what this whole lawsuit's about. Even the credit card. You know, Judge Haines, he carved out the credit card primarily because it didn't appear to have anything to do with the sex trafficking. It's one of the most jumbled-up indictments I've ever seen where you've got sex trafficking, you have credit cards, and you've got all this stuff mingled in. And so he parceled this out to try to make some sense of it. And the government wants to try to bring it back all together. And we're saying, no, keep this stuff separate unless you can show some connection. We really didn't talk about, and I don't know if the court has any questions on that or not, about the, there's another issue in this case about whether or not the government can use laypersons like schoolteachers and police officers to serve as experts to basically testify about some of these girls' ages. We objected to that at trial. Judge Haines granted that objection when, for example, the government attempted to use a schoolteacher from Minnesota who had, I don't know, 30-something years of experience as a schoolteacher. She was actually, I think, a choir teacher for Jane Doe, too. And she was trying to look at a picture and say that she was appropriately placed there and try to give some testimony about her age. The government did not provide a Rule 16 expert disclosure. We contend that that's the type of evidence that would be considered expert testimony. So if on retrial they just call her and say, do you recall Jane Doe, too? Yes. What year? Do you remember what she looked like? Was she a pretty good student? Experience, whatever. Right. How will, you know, based on her general experience, how will we judge her? Is that okay? No, I don't think that would be okay. I don't think she could say that. I do think she could. And, of course, the photograph that she was testifying, it had already been introduced by somebody else at trial. But this teacher was basically trying to say that she was, I think the words were appropriately placed in the sixth or seventh grade, whatever it was alleged, whatever grade that she was in. Just like the police officer from a brief stop that I think was in Rochester, Minnesota. There was two police officers. Can I interrupt you? Yes. Is that the appropriately placed issue, interesting issue? Yeah. But under 701, why couldn't the school teacher say she looked like she was 14, she looked like she was 16, she looked like she was 12? No, I think that's getting over into an area where she would need to, you know, her basis was not sufficient at that point to say that. I think for a witness to say that, it would have to be more in the nature of a relative, someone with more knowledge about Jane Doe II or any of the other Jane Does, for that matter. I guess we're really talking about Jane Doe II. Are you saying that witnesses can't testify how old they think somebody looked? Well, I mean, in this case, there was a witness, Darnell Hughes, that said she looked younger than I did. And I think that's appropriate. Sure. And that happened in this case. That was one of the witnesses the government called. But with this particular witness, school teacher, she was basically trying to, or at least the government was trying to present her as having some specialized credentials because she had been a teacher. That's why I gave you different names of medical. When she gets on the stand, she's not looking at a picture, the curriculum of the picture. She's testifying on her memory. Yeah, she looked about 14 at the time. It's the age part that I have trouble with, but I'm hammering it hard. But I'm asking you the question, can people testify as to how old people look? I think because age is so critical under 1591, I think you would have to have a better basis than what this teacher had. I guess that's the point I'm trying to make. Because you're testifying. Yeah, she looked about like all the rest of the kids in the class. Oh, sure. I think she could say that. Sure. Sure. I think she could. And then the question, well, did she look the same age as all the kids in the class? Did she say yes? That's the line that I'm having trouble crossing over with you, Judge Bachelor. I think that's more under 702, especially with the way she was saying, you know, I've been a teacher for 33 years and I've got this experience. And I think that's where it's getting. And, of course, the government can cure this by just simply doing an expert report. It wouldn't take a whole lot. So if we needed to challenge it under Dahlberg, we can. So – and the same goes for the police officers. I don't know about the issue that part of it is that somebody would have to reasonably know, right, that the person is a minor. Right. Well, and then going back to the teacher, because I know that's who we're talking about. In this particular case, I'm not sure it was ever established that she had any kind of recollection of James 02. She was basically just going off the fact, here's a photograph. Maybe I was in the photograph. I'm familiar with it. And that was kind of the basis of her testimony, along with the fact, oh, and by the way, I've been teaching for 30-something years and I've had thousands of students. So I think, again – and Judge Haynes was really concerned, and I think rightfully so, that this – put this over into the 702 category, just like it was with the police officers. You know, police officers can testify, you know, a person looked kind of nervous when I was seeing them stand on the street corner. But they can't go further without the expert knowledge to say that that's consistent with drug trafficking, for example. So that was kind of the point I was trying to make. Your Honor, if you don't have any further questions, I'm sort of out of what I wanted to say. I've got a little bit more time. I think we do not. Okay. Thank you very much. Your Honor, I mentioned the site for the Haitian case, the school case, which is – I'm going to spell it because my voice – J-E-A-N-C-H-A-R-L-E-S versus Perlitz, P-E-R-L-I-T-Z, which is 937 F Sub 276. And that's a simple case. The basis of the lawsuit is that the school was a venture and benefited in some way by nature from the sex trafficking of individuals. Back to Judge Rod's question about venture, and I was going to say that a venture itself, such as in this lawsuit, could be prosecuted. If it's an entity that exists, it could be a legitimate existence that engages in activity. And it would be fact-based. If the United States says that the district court's ruling was that only evidence of sex trafficking can prove to show the venture, the United States seems to be wrong in that. There's always going to be a need to weigh the precious versus the primitive value of the evidence. In the abstract, what evidence is it that you feel you should be able to introduce that you feel you're not going to be able to? Is it simply that three people were in the car together? The other criminal activity that the individuals were actually caught doing, the other activity that they were actually caught doing, the credit card fraud where they're actually on film, the stolen car where they're actually on film, registering the stolen car, that they used that car. I mean, it's all that. But the stealing the car relates to the credit card fraud. But the judge says you can't use that because it's too prejudicial, right? I mean, the judge… Actually, the court just ruled that only evidence of sex trafficking could be introduced to establish a venture. The court didn't aggregate to… In fact, the pretrial rules, that's what the United States… And a certain pretrial was that the United States thought that's what the court was saying. And then the court went, no, I'm not excluding any evidence related to that. That is a specific rule. In a pretrial, the United States, when he severed the case, he said, it looks like this is what you're doing. So at trial, when we started to approach that proof, the court has ruled it's an admissible, the only evidence of sex trafficking is admissible for a venture. The United States thinks that that's incorrect. So the only evidence the court had, even in the motion limiting the court's own, as a firm, that it will only allow proof of sex trafficking to establish the venture. And the United States thinks that to establish the venture, more than just proof of sex trafficking, the venture can be broader. Other activities that the individual's engaged in. Of course the court's going to have to balance some prejudicial permanent value with the amount of that proof. Limit some of the water down to that they're together, that they were stopped on these dates together. What's the prejudice there that you're seeing together? And the court's, the district court said that's not even admissible for the purposes of proving that they are associated together. It doesn't have to be a legal entity, but it has to be an association of two or more persons that benefit. And it's not exclusively financial. The statute isn't exclusive. They receive some financial benefit is how the statutes work. Some of them, not all, benefit from sex trafficking. So if they get, the statute itself is broader to allow other proof of other financial activity that the organization can be in. So I agree with the court. There's going to have to be some leg there. Are you going way too much? Way too broad? But it can't be just limited to only proof of sex trafficking. That's not what the statute is aimed at. The venture can be broader. And if there are other questions about anything, the government's happy to try to answer them. Thank you. Thank you, counsel. The case will be submitted to the court on the next day.